# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL J. ZELLIS,

    Plaintiff,

vs.

DWIGHT NEVENS, et al.,

    Defendants.

Case No. 2:12-CV-01728-GMN-(CWH)

**ORDER**

    Plaintiff has submitted a motion for temporary restraining order, regarding the provision of notary services at the High Desert State Prison. Plaintiff has not submitted an application to proceed in forma pauperis accompanied by a statement of his inmate account and a financial certificate signed by the correct prison official, required by 28 U.S.C. § 1915(a)(2), nor has he paid the filing fee. Furthermore, plaintiff has not submitted a complaint on the court's form, as required by Rule 3 of the Federal Rules of Civil Procedure and Local Rule LSR 2-1.

    IT IS THEREFORE ORDERED that plaintiff shall file an application to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall send plaintiff a blank application form for incarcerated litigants. In the alternative, plaintiff shall make the necessary arrangements to pay the filing fee of three hundred fifty dollars ($350.00), accompanied by a copy of this order. Plaintiff shall have thirty (30) days from the date on which this order is entered to comply. Failure to comply will result in the dismissal of this action.

1    IT IS FURTHER ORDERED that the clerk shall send to plaintiff a civil rights complaint
2 form with instructions.  Plaintiff will have thirty (30) days from the date that this order is entered to
3 submit a complaint.  Failure to comply with this order will result in the dismissal of this action.
4    IT IS FURTHER ORDERED that plaintiff shall place the case number, 2:12-CV-01728-
5 PMP-(CWH), in the space provided on the complaint form.
6    DATED: October 12, 2012

_____
PHILIP M. PRO
United States District Judge