UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL J. ZELLIS, ) | 2:12-CV-01728-PMP-CWH |
| ) Plaintiff, ) | **ORDER** |
| vs. ) | |
| DWIGHT NEVENS, ) | |
| ) Defendant. ) | |

**IT IS ORDERED** that Plaintiff's Motion for Temporary Restraining Order (Doc. #2) is **DENIED** without prejudice to Plaintiff to seek injunctive relief in any civil rights complaint filed by Plaintiff in accord with this Court's Order (Doc. #6) entered October 12, 2012.

DATED: October 22, 2012.

_____
PHILIP M. PRO
United States District Judge